**Order entered June 30, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00280-CV

**VIEWPOINT, INC. D/B/A VIEWPOINT CONSTRUCTION SOFTWARE, Appellant**

**V.**

**R&B ROOFING, L.L.C., Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-15-03209-E**

## ORDER

We **GRANT** appellant's June 28, 2016 unopposed motion for an extension of time to file a reply brief and extend the time to **JULY 15, 2016**.


/s/    CRAIG STODDART
JUSTICE